**Frank CRUM, movant, v. The MATEWAN NATIONAL BANK, opposed.**

Court of Appeals of Kentucky.

Nov. 16, 1951.

Jasper H. Preece, Inez, for movant.
Clyde L. Miller, Louisa, opposed.

PER CURIAM.
Appeal denied. Judgment affirmed.